**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| MARIA OLIVEIRA DA SILVA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>QUEST CONSUMER, INC.,<br><br>Defendant. | Case No. 2:24-cv-10791<br><br>District Judge Esther Salas<br><br>**NOTICE OF MOTION**<br><br>MOTION DAY: April 21, 2025 |

**PLEASE TAKE NOTICE** that Quest Consumer Incorporated, by and through its undersigned counsel, shall move before the Honorable Esther Salas, U.S.D.J., on April 21, 2025, or as soon thereafter as the Court may direct, at the Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Newark, NJ 07101, for an Order compelling Plaintiff Maria Oliveira da Silva to arbitrate her claims, and to stay the proceedings while her claims are pending in arbitration.

**PLEASE TAKE FURTHER NOTICE** that, in support of this Motion, Quest will rely on the accompanying Memorandum of Law and Declaration of Michael Brunelle.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is submitted herewith.

Respectfully submitted,

Dated: February 26, 2025

FAEGRE DRINKER BIDDLE & REATH LLP

*/s/ Paul A. Rosenthal*
Paul A. Rosenthal (NJ Bar No. 024912006)
Krista N. Hartrum (NJ Bar No. 401902022)
600 Campus Drive
Florham Park, NJ 07932
Tel: 973-549-7000
paul.rosenthal@faegredrinker.com
krista.hartrum@faegredrinker.com

*Attorneys for Defendant Quest Consumer, Inc.*